PAUL V. BENNETT, ESQ.
State Bar No. 130225
**BENNETT LEGAL SERVICES, INC.**
18 Bartol Street, Suite 175
San Francisco, CA 94133
*pbennett@bennettlaw.net*
Tel: 410.353.4994
Attorney for Spadora
HOPE SPADORA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE SPADORA, an individual,<br><br>    Spadora,<br><br>v.<br><br>WISK AERO LLC., a Delaware limited liability company and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. 24-cv-01356-EKL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

This Stipulation for Dismissal with Prejudice is entered into by Plaintiff HOPE SPADORA ("Plaintiff") and Defendant WISK AERO LLC., ("Defendant") through their respective undersigned Counsel of record.

WHEREAS, Plaintiff filed a Complaint on March 6, 2024, against Defendant alleging Age Discrimination in Violation of the Age Discrimination in Employment Act, ("ADEA") as

amended, 29 U.S.C. § 621, et seq.; and Age Discrimination in Violation of California Fair Employment and Housing Act ("FEHA") - Cal. Gov. Code § 12900 et seq.; Disability Discrimination in Violation of Americans with Disabilities Act of 1990, as amended 42 U.S.C. § 12101, et seq. and Disability Discrimination in Violation of California Fair Employment and Housing ("FEHA") - Cal. Gov. Code § 12900 et seq; Failure to Grant Remote Work as a Reasonable Accommodation in Violation of Americans with Disabilities Act of 1990, ("ADA") as amended 42 U.S.C. § 12101, *et seq.* and Failure to Grant Remote Work as a Reasonable Accommodation as Required by Cal. Gov. Code § 12940(m); Failure to Engage in Interactive Process as required by the Americans with Disabilities Act of 1990 ("ADA") as amended, 42 U.S.C. § 12101, *et seq.* and Failure to Engage in Interactive Process as Required by Cal. Gov. Code § 12940(n); Sex/Sexual Orientation Discrimination in Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. and Sex/Sexual Orientation Discrimination in Violation of California Fair Employment and Housing ("FEHA") - Cal. Gov. Code § 12900 *et seq*; and Wrongful Termination in Violation of California Fair Employment and Housing Act ("FEHA") Cal. Gov. Code § 12900 et seq;

WHEREAS Plaintiff and Defendant have agreed to stipulate to dismissal with prejudice the above-captioned matter, pursuant to the terms of a settlement agreement into which the parties have entered.

WHEREAS, Plaintiff and Defendant have agreed to stipulate that each party will bear their own attorney's fees and costs.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendant that the above-captioned matter is dismissed with prejudice and that the Complaint is

///

///

withdrawn in full by Plaintiff.

Dated: 04/01/2025                          **BENNETT LEGAL SERVICES, INC.**

By: *Paul V. Bennett*
    Paul V. Bennett

Attorney for Spadora
HOPE SPADORA

Dated: 04/01/2025                          **HIXSON NAGATANI LLP**

By: /s/ Brian K. Nagatani
    BRIAN K. NAGATANI

Attorneys for Defendant,
WISK AERO LLC

### ORDER

The above STIPULATION OF DISMISSAL WITH PREJUDICE is approved.

**IT IS SO ORDERED**

Dated: April 1, 2025                       _____
    UNITED STATES DISTRICT JUDGE